## NELSON *v.* MAYOR AND COUNCIL OF MEANSVILLE.

FISH, C. J. In view of the pleadings and the evidence, there was no abuse of discretion in refusing the grant of an interlocutory injunction.

*Judgment affirmed.　All the Justices concur.*

APRIL 15, 1913.

Petition for injunction. Before Judge Daniel. Pike superior court. December 14, 1912.

*E. C. Armistead,* for plaintiff.　*E. F. Dupree,* for defendant.